UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ALEX KELLY
                                              PRISONER
     v.                           CIVIL NO. 3:02v638 (JCH)

COMMISSIONER ARMSTRONG
```

J U D G M E N T

The cause came on for consideration on the respondent's motion to dismiss the petition for writ of habeas corpus before the Honorable
Janet C. Hall, United States District Judge.

The Court has considered the motion and all of the related papers.  On July 23, 2003, the Court filed its Ruling granting the respondent's motion, dismissing claims fourteen through sixteen and staying the action as to claims one through thirteen.

On June 25, 2004, the Court vacated the stay and an order to show cause and deemed claim fifteen, the jury misconduct claim, withdrawn.  The Court also dismissed the petition for writ of habeas corpus without prejudice to the petitioner's filing a motion to reopen this case after he has fully exhausted all available state court remedies as to claim fourteen, the time credit for pre-trial incarceration claim, and as to claim sixteen, the ineffective assistance of counsel claim.

It is therefore, **ORDERED** and **ADJUDGED** that the petition for

writ of habeas corpus is dismissed without prejudice and the case is closed.

    Dated at Bridgeport, Connecticut this 30th day of June, 2004.

                                     KEVIN F. ROWE, Clerk

                                     By    s/s Cynthia Earle

                                        Cynthia Earle
                                        Deputy Clerk

Entry on Docket _____